**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **EMMANUEL HEMPHILL,** | § | |
| **#94863-280,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **vs.** | § | **CIVIL NO. SA-23-CV-00891-FB** |
| | § | |
| **WARDEN WAYMOND BARRY and** | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondents.** | § | |

## JUDGMENT

On this day, the Court issued an Order denying Petitioner, Emmanuel Hemphill's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. (ECF No. 1).

Accordingly,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DENIED** (ECF No. 1) and a **CERTIFICATE OF APPEALABILITY WILL NOT ISSUE** in this case.

SIGNED this 26th day of September, 2023.


_____
FRED  BIERY
UNITED STATES DISTRICT JUDGE